Núm. 8239.—FONALLEDAS, apldo. *v.* LAS MONJAS DAIRY INC. ET AL., apltes.— Noviembre 7, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, en un pleito para obtener un *injunction* la Corte de Distrito de San Juan concedió un *injunction* preliminar en 14 de junio de 1940;

POR CUANTO, en el día 18 de junio la corporación demandada apeló de la resolución así dictada;

POR CUANTO, no hubo ninguna prueba en la corte inferior y el récord consiste o consistiría solamente del legajo de sentencia, compuesto de las alegaciones;

POR CUANTO, han transcurrido más de treinta días desde la interposición de la apelación;

POR TANTO, se declara con lugar la moción presentada para la desestimación de tal apelación.

Núm. 8275.—ACHA, aplte. *v.* NEVARES, apldo.— Noviembre 22, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción del demandado apelado para que se desestime el presente recurso por ser éste frívolo y no haber sido proseguido con la debida diligencia;

POR CUANTO, de la certificación expedida por el Secretario de la Corte de Distrito de San Juan aparece que la sentencia recurrida fué dictada en marzo 11 de 1940; que el escrito de apelación para ante esta Corte Suprema fué radicado en 18 de abril de 1940; y que desde esa fecha hasta el presente el demandante apelante no ha practicado gestión alguna tendiente a perfeccionar su apelación, ni ha solicitado prórroga del término señalado por la ley para la preparación y radicación de la transcripción de la evidencia;

POR LO TANTO, de acuerdo con lo dispuesto por el artículo 299 del Código de Enjuiciamiento Civil y por las reglas 40, 58, 59 y 60 del Reglamento de este Tribunal se desestima el recurso.